UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **RESPONDENT** ) <br> ) <br> **v.** ) <br> ) <br> **CESAR EDUARDO DE CARVALHO,** ) <br> ) <br> **DEFENDANT/PETITIONER** ) | **CRIMINAL NO. 2:08-CR-88-DBH** |

ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE

On May 11, 2016, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on 28 U.S.C. § 2255/*Coram Nobis* Petition.  The time within which to file objections expired on May 31, 2016, and no objection has been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The petitioner is not entitled to a writ of *coram nobis*.  Furthermore, to the extent that the petitioner seeks relief pursuant to 28 U.S.C. § 2255, an evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2255 Cases.  The petitioner's motion under 28 U.S.C. § 2255(a) is **DENIED**.

I **DENY** a certificate of appealability, pursuant to Rule 11 of the Rules Governing Section 2255 Cases, because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

**DATED THIS 13TH DAY OF JUNE, 2016**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**